April 9, 2023

To: United States Bankruptcy Court  District of Oregon
From: Keary Watson, Owner Rebel Skates LLC
RE: Motion For Dismissal of Chapter 7 Bankruptcy Case #: 23-30534-thp7


Rebel Skates is a 35-year-old lifestyle skate brand business that I acquired less than a year ago. Madisen Peterson was my assistant and worked on filing the Rebel Skates LLC and became a friends and family investor on a side project associated to Rebel Skates LLC, called Little Daggers Skate Club.  She contributed an initial financial investment that was applied to apparel inventory, skate park infrastructure, etc. associated to Little Daggers Skate Club. The repayment of the initial financial investment was an informal spoken agreement with no timeline attached. Before Little Daggers Skate Club was operable and had achieved any revenue, Madisen began requesting repayment. To facilitate said repayment, we aligned that she would sell skate apparel, boards etc. to recoup her financial investment in a timely manner. She did not exercise this opportunity. To date, I have been amenable to meeting with Madison to discuss a repayment timeline. At this point. she has not exercised this opportunity. Then on March 14, 2023 I received this Notice of Chapter 7 Bankruptcy.

I would also like the court to note that I , Keary Watson am a member of the  team that established the Rebel Skates brand in the early 80's and was hand picked by the previous owner to carry on the Rebel Skates legacy. Mx. Peterson has no legitimate connection to Rebel Skates LLC or the Rebel Skates brand, outside of the connections she created through fraudulent filings and forgery in 2022.

**I am requesting that the Bankruptcy Case Case #: 23-30534-thp7 be dismissed and that this letter serve as my written objection to and motion for dismissal of the Chapter 7 Bankruptcy case filed by Madisen Peterson.**

This Notice of Chapter 7 Bankruptcy Case Case #: 23-30534-thp7 was not filed in 'Good Faith' and not on behalf of the primary business owner, Keary Watson.

1_Madisen Peterson is not an authorized representative or affiliate of Rebel Skates LLC.

2_Due diligence for this Bankruptcy filing was not completed under the oversight or permission from Keary Watson, Rebel Skates LLC. Including review of outstanding debts, briefing about credit counseling or actual credit counseling. In addition, Keary Watson

has not determined an asset valuation for Rebel Skates LLC and is unaware of what was submitted by the unauthorized affiliate, Madisen Peterson.

3_Madisen Peterson attempted to defraud business/creditors by applying for credit cards in the business name without permission from Keary Watson, Rebel Skates LLC.

4_Without prior authorization, Madisen Peterson attached herself and Social Security Number to EIN for Rebel Skates LLC.

If you need any additional information, please reach out to me at this email or by phone (424)527-5127.

Thank you,
Keary Watson