Below is an order of the court.

*Teresa H. Pearson*
TERESA H. PEARSON
U.S. Bankruptcy Judge

OD1 (9/30/21) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Rebel Skates LLC**
Debtor(s)

Case No. **23–30534–thp7**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

**After notice and hearing, the motion to dismiss by interested party Keary Watson (ECF No. 9) is granted.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

###